Linda M. Lawson (Bar No. 77130)
llawson@mmhllp.com
Patricia A. Ellis (Bar No. 130044)
pellis@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
300 South Grand Avenue, 24th Floor
Los Angeles, California 90071-3185
Telephone:  (213) 620-0300
Facsimile:  (213) 625-1930

Attorneys for Defendant
STANDARD INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE L. WENSLEY,<br><br>Plaintiff,<br><br>vs.<br><br>STANDARD INSURANCE COMPANY;<br>OSCIENT PHARMACEUTICALS<br>CORPORATION EMPLOYEE BENEFIT<br>PLAN; DOES 1 THROUGH 10,<br><br>Defendants. | Case No. 11-CV-01753 LJO-BAM<br><br>**[PROPOSED] ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>[F.R.C.P. 41(a)] |

Based upon the stipulation of the parties and for good cause shown, **IT IS HEREBY ORDERED** that this action, Case No. 11-CV-01753 LJO-BAM, is dismissed in its entirety as to all defendants, with prejudice; and

**IT IS HEREBY FURTHER ORDERED** that each party shall bear its own attorneys' fees and costs in this matter.  The clerk is directed to close this action.

IT IS SO ORDERED.

Dated:  __April 19, 2012__          ____/s/ Lawrence J. O'Neill____

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

0.0

1

Case No.  11-CV-01753 LJO-BAM
[PROPOSED] ORDER FOR DISMISSAL OF
ENTIRE ACTION WITH PREJUDICE

UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

0.0

2